# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  §
　　　　§
KANE TRANSPORTATION, INC.  §  Case No. 11-07238
　　　　§
　　Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　219 S. Dearborn Street
　　　　Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 9:30 a.m. on April 12, 2012 in courtroom 619 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____　　　　By: Deborah M. Gutfeld
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| KANE TRANSPORTATION, INC. | § | Case No. 11-07238 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,752.05 |
| and approved disbursements of | $ | 32.69 |
| leaving a balance on hand of[1] | $ | 8,719.36 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DEBORAH M. GUTFELD | $ 1,625.21 | $ 0.00 | $ 1,625.21 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 920.00 | $ 0.00 | $ 920.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 2,545.21 |
| Remaining Balance | | | $ 6,174.15 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 102,550.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Estes Express Lines | $ 26,810.00 | $ 0.00 | $ 1,614.12 |
| 2 | Fifth Third Bank | $ 71,481.57 | $ 0.00 | $ 4,303.61 |
| 3 | Fedex Freight Inc | $ 3,259.00 | $ 0.00 | $ 196.21 |
| 4 | James L. Ebersohl | $ 1,000.00 | $ 0.00 | $ 60.21 |

Total to be paid to timely general unsecured creditors    $ 6,174.15

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: <u>Deborah M. Gutfeld</u>

                            Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                        Case No. 11-07238-JPC
Kane Transportation, Inc.                                     Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1            User: preed                Page 1 of 2       Date Rcvd: Mar 21, 2012
                                Form ID: pdf006            Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2012.
db           +Kane Transportation, Inc.,    PO Box 626,   Tinley Park, IL 60477-0626
aty          +Neal Gerber & Eisenberg LLP,    Neal Gerber & Eisenberg LLP,   Two North Lasalle Street Ste 2200,
               Chicago, IL 60602-3963
16860051     +A T & T,    208 S. Alkard,    Dallas, TX 75202-4208
16860052      AAA Cooper Transportation,    PO Box 102442,   Atlanta, GA 30368-2442
16860053      Capital One,    PO Box 30285,   Salt Lake City, UT 84130-0285
16860054      Citi Cards,    PO Box 6000,   The Lakes, NV 89163-6000
16860055     +Defined Logistics Services,    PO Box 5308,   Glendale Heights, IL 60139-5308
16860057      Estes Express Lines,    PO Box 25612,   Richmond, VA 23260-5612
16860059      Fed Ex Freight,    Dept CH,   PO Box 10306,   Palatine, IL 60055-0306
16860060      Fed Ex National LTL,    PO Box 95001,   Lakeland, FL 33804-5001
17230013     +FedEx Freight Inc,    P O BOX 840,   Harrison AR 72602-0840
16860061      Fifth Third Bank,    PO Box 63-0479,   Cincinnati, OH 45263-0479
17191572     +Fifth Third Bank,    PO BOX 829009,   Dallas, TX 75382-9009
17467216     +James L. Ebersohl,    11212 S. Harlem,   Worth, Il 60482-1804
16860064     +Roadrunner Transportation Services,    3576 Paysphere Circle,   Chicago, IL 60674-0001
16860065      SAIA Motor Freight Line, Inc.,    21108 Network Drive,   Chicago, IL 60673-1211
16860066     +Standard Forwarding Co., Inc.,    PO Box 469,   Moline, IL 61266-0469
16860067     +Wells Fargo,    PO Box 348750,   Sacramento, CA 95834-8750
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16860056     +E-mail/Text: JMARSHALL@JMPARTNERSLLC.COM Mar 22 2012 01:32:13     Estes Express Lines,
               3901 West Broad Street,    Richmond, VA 23230-3962
16860062     +E-mail/Text: pgray@hinsdalebank.com Mar 22 2012 01:46:01    Hinsdale Bank and Trust,
               25 E. First Street,    Hinsdale, IL 60521-4119
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16860058*      Estes Express Lines,    PO Box 25612,   Richmond, VA 23260-5612
16860063    ##+MAP Transportation,    2575 American Lane,   Elk Grove Village, IL 60007-6205
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2012**           **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: preed              Page 2 of 2            Date Rcvd: Mar 21, 2012
                              Form ID: pdf006          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2012 at the address(es) listed below:

          Deborah M Gutfeld   on behalf of Trustee Deborah Gutfeld dgutfeld@perkinscoie.com, docketchi@perkinscoie.com
          Deborah Michelle Gutfeld   gutfeldch7@perkinscoie.com, dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
          James L Ebersohl   on behalf of Debtor  Kane Transportation, Inc. jimdice@aol.com
          Kevin G Schneider   on behalf of Trustee Deborah Gutfeld kschneider@ngelaw.com
          Nicholas M  Miller   on behalf of Trustee Deborah Gutfeld nmiller@ngelaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                               TOTAL: 6