UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
KANE TRANSPORTATION, INC. § Case No. 11-07238
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/DEBORAH M. GUTFELD_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Hinsdale Bank and Trust 25 E. First Street Hinsdale, IL 60521 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| DEBORAH M. GUTFELD | | | | | |
| Bank of America | | | | | |
| Popowcer Katten, Ltd. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A T & T 208 S. Alkard Dallas, TX 75202 | | | | | |
| | AAA Cooper Transportation PO Box 102442 Atlanta, GA 30368-2442 | | | | | |
| | Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Citi Cards PO Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Defined Logistics Services PO Box 5308 Glendale Heights, IL 60139 | | | | | |
| | Estes Express Lines PO Box 25612 Richmond, VA 23260-5612 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Estes Express Lines PO Box 25612 Richmond, VA 23260-5612 | | | | | |
| | Estes Express Lines PO Box 25612 Richmond, VA 23260-5612 | | | | | |
| | Fed Ex Freight Dept CH PO Box 10306 Palatine, IL 60055-0306 | | | | | |
| | Fed Ex National LTL PO Box 95001 Lakeland, FL 33804-5001 | | | | | |
| | Fifth Third Bank PO Box 63-0479 Cincinnati, OH 45263-0479 | | | | | |
| | MAP Transportation 2575 American Lane Elk Grove Village, IL 60007 | | | | | |
| | Roadrunner Transportation Services 3576 Paysphere Circle Chicago, IL 60674 | | | | | |
| | SAIA Motor Freight Line, Inc. 21108 Network Drive Chicago, IL 60673-1211 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Standard Forwarding Co., Inc. PO Box 469 Moline, IL 61266 | | | | | |
| | Wells Fargo PO Box 348750 Sacramento, CA 95834 | | | | | |
| 1 | Estes Express Lines | | | | | |
| 3 | Fedex Freight Inc | | | | | |
| 2 | Fifth Third Bank | | | | | |
| 4 | James L. Ebersohl | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-07238 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | DEBORAH M. GUTFELD |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | KANE TRANSPORTATION, INC. | | | | Date Filed (f) or Converted (c): | 02/23/2011 (f) |
| | | | | | 341(a) Meeting Date: | 04/07/2011 |
| For Period Ending: | 08/20/2012 | | | | Claims Bar Date: | 07/12/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 2. Certificate of Deposit | 11,000.00 | 11,000.00 | DA | 0.00 | FA |
| 3. 2005 Chevrolet Van | 11,595.00 | 4,100.00 | DA | 0.00 | FA |
| 4. Office Furniture | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 5. Accounts Receivable from Silvestri Sweets d/b/a Carousel Can (u) | Unknown | 751.48 | | 751.48 | FA |
| 6. Accounts Receivable from Dennis W. Hayes and Kristen M. Haye (u) | Unknown | 8,000.00 | | 8,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.57 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $24,595.00  $25,851.48  $8,752.05  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Claims against Debtor's estate, including administrative expenses, would result in de minimus distribution to creditors. Monies received will be returned to Debtor and Trustee will file NDR in February 2012.

Initial Projected Date of Final Report (TFR): 12/31/2012      Current Projected Date of Final Report (TFR): 12/31/2012

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Case 11-07238 Doc 24 Filed 08/20/12 Entered 08/20/12 11:35:07 Desc Main
Document Page 9 of 12

Page: 1

Exhibit 9

| Case No: | 11-07238 | Trustee Name: | DEBORAH M. GUTFELD |
| --- | --- | --- | --- |
| Case Name: | KANE TRANSPORTATION, INC. | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX6358 |
| | | | Money Market Account |
| Taxpayer ID No: | XX-XXX6653 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 08/20/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/12/11 | 5 | Silvestri Sweets, Inc. dba Carousel Candies<br>2248 Gary Lane<br>Geneva, Illinois 60134 | | 1221-000 | $751.48 | | $751.48 |
| 05/12/11 | 6 | Dennis W. and Kristen M. Hayes<br>401 Ridgewood Avenue<br>Glen Ellyn, IL 60137 | Payment of A/R | 1221-000 | $8,000.00 | | $8,751.48 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $8,751.52 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.07 | | $8,751.59 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.07 | | $8,751.66 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $8,751.74 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.07 | | $8,751.81 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.07 | | $8,751.88 |
| 10/31/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.15 | $8,740.73 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.07 | | $8,740.80 |
| 11/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.78 | $8,730.02 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.07 | | $8,730.09 |
| 12/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.76 | $8,719.33 |
| 01/11/12 | INT | Bank of America | Post accrued interest for account number 4437826358. | 1270-000 | $0.03 | | $8,719.36 |
| 01/11/12 | | Transfer to Acct # xxxxxx6455 | Transfer of Funds from MMA account xxx6358 to Checking account xxx6455 | 9999-000 | | $8,719.36 | $0.00 |
| | | | Page Subtotals: | | $8,752.05 | $8,752.05 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $8,752.05 | $8,752.05 |
| Less: Bank Transfers/CD's | $0.00 | $8,719.36 |
| Subtotal | $8,752.05 | $32.69 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,752.05 | $32.69 |

Exhibit 9

Page Subtotals: $0.00   $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-07238 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: KANE TRANSPORTATION, INC. | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX6455 |
| | Checking |
| Taxpayer ID No: XX-XXX6653 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 08/20/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/11/12 | | Transfer from Acct # xxxxxx6358 | Transfer of Funds from MMA account xxx6358 to Checking account xxx6455 | 9999-000 | $8,719.36 | | $8,719.36 |
| 05/11/12 | 2001 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,625.21 | $7,094.15 |
| 05/11/12 | 2002 | Ltd. Popowcer Katten<br>Popowcer Katten, Ltd.<br>35 E. Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3310-000 | | $920.00 | $6,174.15 |
| 05/11/12 | 2003 | Estes Express Lines<br>3901 West Broad Street<br>Richmond, Va 23230 | Final distribution to claim 1 representing a payment of 6.02 % per court order. | 7100-000 | | $1,614.12 | $4,560.03 |
| 05/11/12 | 2004 | Fifth Third Bank<br>Po Box 829009<br>Dallas, Tx 75382 | Final distribution to claim 2 representing a payment of 6.02 % per court order. | 7100-000 | | $4,303.61 | $256.42 |
| 05/11/12 | 2005 | Fedex Freight Inc<br>P O Box 840<br>Harrison Ar 72602 | Final distribution to claim 3 representing a payment of 6.02 % per court order. | 7100-000 | | $196.21 | $60.21 |
| 05/11/12 | 2006 | James L. Ebersohl<br>11212 S. Harlem<br>Worth, Il. 60482 | Final distribution to claim 4 representing a payment of 6.02 % per court order. | 7100-000 | | $60.21 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $8,719.36 | $8,719.36 |
| Less: Bank Transfers/CD's | $8,719.36 | $0.00 |
| Subtotal | $0.00 | $8,719.36 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $8,719.36 |

| | | |
|---|---:|---:|
| Page Subtotals: | $8,719.36 | $8,719.36 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6358 - Money Market Account | $8,752.05 | $32.69 | $0.00 |
| XXXXXX6455 - Checking | $0.00 | $8,719.36 | $0.00 |
|  | $8,752.05 | $8,752.05 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,752.05 |
| Total Gross Receipts: | $8,752.05 |